# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAMELA TROIANO

    Plaintiff,

v.

WALMART, INC., et al.,

    Defendants.

Case No.: 2:22-cv-00260-JCM-NJK

**Order**

[Docket No. 11]

    Pending before the Court is a stipulation that Plaintiff will submit to an independent medical examination, as well as the agreed-upon procedures for that examination. Docket No. 11. Unless doing so interferes with Court deadlines or proceedings, parties are generally permitted to stipulate to discovery procedures without obtaining Court approval. Fed. R. Civ. P. 29. The pending stipulation fails to explain why Court approval is necessary in this instance. Accordingly, the stipulation, Docket No. 111, is denied as unnecessary.

    IT IS SO ORDERED.

    Dated: June 2, 2022

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge