1  **RESNICK & LOUIS, P.C.**
   MARK R. SMITH, ESQ.
2  Nevada Bar No. 11872
   ELEANOR D. MURPHY, ESQ.
3  Nevada Bar No. 15071
   8925 West Russell Road, Suite 220
4  Las Vegas, NV 89148
   emurphy@rlattorneys.com
5  mrsmith@rlattorneys.com
6  Telephone: (702) 997-3800
   Facsimile: (702) 997-3800
7  *Attorneys for Defendants,*
   *Walmart, Inc., d/b/a Walmart Supercenter*
8  *and Walmart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA TROIANO, Individually, | CASE NO.: 2:22-cv-00260-JCM-NJK |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| WALMART, INC., d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

COME NOW, Defendants, WALMART, INC., d/b/a WALMART SUPERCENTER and WALMART STORES, INC., ("Defendants" or "WALMART"), and hereby substitute  KURT R. BONDS, ESQ.  , of the law firm of  ALVERSON TAYLOR & SANDERS  , as its counsel of record in place and stead of MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., of RESNICK & LOUIS, P.C. Defendants assert the attorneys from RESNICK & LOUIS, P.C., shall be removed from the electronic service list in this matter.

WHEREAS, Defendants assert  KURT R. BONDS, ESQ.  , of  ALVERSON TAYLOR & SANDERS , be substituted as counsel for Defendants and added to the electronic

1

service list in this case;

WHEREAS, the attorneys from RESNICK & LOUIS, P.C., MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., agree to the withdrawal and substitution; and

WHEREAS, KURT R. BONDS, ESQ., the attorney from ALVERSON TAYLOR & SANDERS be substituted as counsel for Defendants.

DATED this ___ day of June, 2023.

RESNICK & LOUIS, P.C.

MARK R. SMITH, ESQ.
Nevada Bar No. 11872
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Former Attorneys for Defendants,
Walmart, Inc., d/b/a Walmart Supercenter
and Walmart Stores, Inc.*

DATED this 13 day of June, 2023.

WALMART, INC., d/b/a WALMART SUPERCENTER and WALMART STORES, INC.

MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

DATED this 13th day of June, 2023.

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
(Address) 6605 Grand Montecito Pkwy, Ste 200
*Attorneys for Defendants,
Walmart, Inc., d/b/a Walmart Supercenter
and Walmart Stores, Inc..*
Las Vegas, NV 89149
Tel: (702) 384-7000

IT IS SO ORDERED.
Dated: June 14, 2023

Nancy J. Koppe
United States Magistrate Judge