DENNIS M. PRINCE
Nevada Bar No. 5092
ANGELA M. LEE
Nevada Bar No. 14905
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
ERIC J. WILLOUGHBY
Nevada Bar No. 10277
STEPHEN M. SHULMAN
Nevada Bar No. 12093
**WILLOUGHBY SHULMAN INJURY LAWYERS**
3110 S. Rainbow Blvd., Suite 105
Las Vegas, Nevada 89146
Tel: (702) 852-6688
Fax: (702) 852-0308
Email: eric@wslawlv.com
Email: stephen@wslawlv.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA TROIANO, individually,<br><br>      Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>      Defendants. | CASE NO. 2:22-cv-260-JCM-NJK<br><br><br>**STIPULATION TO EXTEND TIME TO FILE PRETRIAL ORDER**<br>**(First Request)** |

The parties, by and through their undersigned counsel of record, stipulate as follows:

Page **1** of **2**

|     |     |
| --- | --- |
| 1   | The parties' Pretrial Order is due on March 15, 2024 pursuant to LR 26-1(b)(4) as a dispositive motion was resolved on February 14, 2024. The parties were working together on the Pretrial Order and have a nearly finalized draft of the order. However, in their discussions, counsel determined that it would be beneficial to provide this order after the parties attend mediation in this matter. The parties are set to attend mediation on April 26, 2024 with Judge Jones (ret.) The parties are hopeful that mediation resolves this matter such that no pretrial order will be necessary. As such, the parties stipulate that the pretrial order shall be due 30 days after mediation, if necessary, on May 27, 2024. |

This is the first stipulation to extend the pretrial order due date.

| PRINCE LAW GROUP | HALL & EVANS, LLC |
| --- | --- |
| /s/ *Dennis M. Prince* | /s/ *Kurt Bonds* |
| DENNIS M. PRINCE | KURT BONDS |
| Nevada Bar No. 5092 | Nevada Bar No. 6228 |
| ANGELA M. LEE | TANYA M. FRASER |
| Nevada Bar No. 14905 | Nevada Bar No. 13872 |
| 10801 W. Charleston Blvd., Suite 560 | 1160 North Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89144 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| *Pamela Troiano* | *Walmart, Inc* |

## ORDER

Based upon the foregoing stipulation of counsel and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Pretrial Order shall be due on May 27, 2024.

**IT IS SO ORDERED.**

A joint status report regarding mediation must be filed by May 3, 2024.
The duplicative stipulation at Docket No. 33 is **DENIED** as moot.

DATED: March 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

