COLIN P. CAVANAUGH
Nevada Bar No. 13842
KEVIN T. STRONG
Nevada Bar No. 12107
ANGELA M. LEE
Nevada Bar No. 14905
SHANNON M. WILSON
Nevada Bar No. 13988
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard, Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA TROIANO, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO. 2:22-cv-260-JCM-NJK<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their undersigned counsel of record, as follows:

Due to the tragic events on April 8, 2024, at the Prince Law Group, which ultimately led to the untimely passing of Plaintiff's counsel, Mr. Prince, the parties stipulate that the above-referenced action shall be stayed for 90 days. A temporary stay of proceedings is necessary to allow Prince Law Group time to navigate the aftermath of this incident and to ensure that Plaintiff's interests are protected. Accordingly, the



Page **1** of **2**

parties stipulate that all proceedings in this case shall be stayed 90 days to allow for resolution of the issues arising from Mr. Prince's passing.

The parties shall confer and submit a stipulation to the court with a proposed new pre-trial and discovery deadlines.

**IT IS SO STIPULATED.**

DATED May 3rd, 2024.                                   DATED May 3rd, 2024.

**PRINCE LAW GROUP**                                   **HALL & EVANS, LLC**

/s/ Kevin T. Strong                                    /s/ Kurt Bonds
_____                        _____
COLIN P. CAVANAUGH                                     KURT BONDS
Nevada Bar No. 13842                                   Nevada Bar No. 6228
KEVIN T. STRONG                                        TANYA M. FRASHER
Nevada Bar No. 12107                                   Nevada Bar. No. 13872
ANGELA M. LEE                                          1160 North Town Center Drive, Ste. 330
Nevada Bar No. 14905                                   Las Vegas, NV 89144
SHANNON M. WILSON                                      *Attorneys for Defendant*
Nevada Bar No. 13988
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

Based upon the foregoing stipulation of counsel and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

The above-referenced matter is stayed for 90 days.

The parties are requested to confer and submit a stipulation by **August 5, 2024**, with a proposed new pre-trial and discovery deadlines.

DAED: May 7, 2024.

_____
UNITED STATES DISTRICT JUDGE



Page **2** of **2**