**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA TROIANO, Individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-00260-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES** |

Plaintiff, PAMELA TROIANO, and Defendants, WALMART, INC. d/b/a WALMART SUPERCENTER and WALMART STORES, INC., by and through their respective counsel of record, hereby submit the instant Stipulation and Order to Continue Pretrial Deadlines, pursuant to LR IA 6-1, IA 6-2, and LR 26-3. Specifically, the parties seek time to participate in private mediation and work toward early resolution of Plaintiff's claims.

Good cause exists to continue pretrial deadlines. Previously, the parties stipulated to continue the deadline for the Pretrial Order to allow for private mediation with the Honorable David Jones (Ret.) on April 26, 2024, which this Court approved. *See* ECF Doc. 34, Doc. 35. However, the mediation did not proceed as scheduled due to the tragic events of April 8, 2024, leading to the untimely passing of Plaintiff's counsel, Mr. Prince. *See* ECF Doc. 36. The Court approved the

parties' request to stay all proceedings in this case for a period of 90 days, or until August 5, 2024, at which time the parties were to confer and submit a stipulation to the Court with proposed new pretrial and discovery deadlines. *See* ECF Doc. 37.

The parties continue to work toward resolution of Plaintiff's claims and are currently scheduled for private mediation with the Honorable Jennifer Togliatti (Ret.) on October 16, 2024. Accordingly, the parties respectfully request that the deadline for the Pre-Trial Order be continued to November 18, 2024, which is 30 days after the private mediation date.

This Stipulation and Order is not intended to delay proceedings and will not result in prejudice to either party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 5th day of August, 2024. | Dated this 5th day of August, 2024. |
| EGLET ADAMS EGLET HAM HENRIOD | HALL & EVANS, LLC |
| */s/ Brittney Glover* | */s/ Kurt Bonds* |
| ROBERT T. EGLET, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 3402 | Nevada Bar No. 6228 |
| TRACY A. EGLET, ESQ. | TANYA M. FRASER, ESQ. |
| Nevada Bar No. 6419 | Nevada Bar No. 13872 |
| BRITTNEY R. GLOVER, ESQ. | 1160 North Town Center Drive |
| Nevada Bar No. 15412 | Suite 330 |
| 400 South 7th Street, #400 | Las Vegas, Nevada 89144 |
| Las Vegas, Nevada 89101 | (702) 998-1022 |
| (702) 450-5400 | nvefile@hallevans.com |
| eservice@egletlaw.com | *Attorneys for Defendant* |
| WILLOUGHBY SHULMAN INJURY LAWYERS | |
| Eric J. Willoughby, Esq. | |
| Stephen M. Shulman, Esq. | |
| 3110 South Rainbow Boulevard, Suite 105 | |
| Las Vegas, NV 89146 | |
| eric@wslawlv.com | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.
Dated: August 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge