# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAMELA TROIANO,

    Plaintiff(s),

v.

WALMART, INC., et al.,

    Defendant(s).

Case No. 2:22-cv-00260-JCM-NJK

**ORDER**

[Docket Nos. 45, 46]

Pending before the Court is Plaintiff's motion to strike Defendants' answer. Docket No. 45. The outer date to file a motion for dispositive discovery sanctions is the deadline for dispositive motions. *E.g.*, *Garcia v. Serv. Emps. Int'l Union*, 2019 WL 8750275, at *1 (D. Nev. May 23, 2019) (citing *Hall v. Schumacher*, 2011 WL 4458845, at *3 (D. Nev. Sept. 23, 2011)).[1] In this case, the dispositive motion deadline expired 16 months ago. *See* Docket No. 21 at 2 (setting dispositive motion deadline for June 29, 2023). The pending motion offers no explanation as to how it could be considered timely in light of the above, so it is **DENIED** without prejudice.

Because the Court is not resolving herein the merits of this motion, the Court will also conditionally **GRANT** the accompanying motion to seal. Docket No. 46. The Clerk's Office is **INSTRUCTED** to continue maintaining that motion and its exhibits under seal. In the event the underlying motion is renewed, however, a sufficient showing must be made for sealing.

IT IS SO ORDERED.

Dated: October 16, 2024

                                           Nancy J. Koppe
                                           United States Magistrate Judge

---

[1] Because doing so involves the enforcement of its own scheduling order, the Court may raise timeliness *sua sponte*. *See, e.g.*, *Bonavito v. Nev. Prop. 1 LLC*, 2014 WL 5364077, at *4 (D. Nev. Oct. 21, 2014).

1