# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAMELA TROIANO,

    Plaintiff,

v.

WALMART, INC., *et al.*,

    Defendants.

Case No. 2:22-cv-00260-JCM-NJK

**Order**

[Docket No. 48]

Pending before the Court is the parties' stipulation to continue pretrial deadlines. Docket No. 48. The stipulation fails to comply with the Local Rules. Specifically, a signature block for the Court to approve the relief sought must appear on the same page as the last text of the stipulation. *See* Local Rule IA 6-2.

Accordingly, the parties' stipulation is **DENIED** without prejudice. Docket No. 48. A stipulation fully complying with this Court's Local Rules must be submitted by October 28, 2024.

IT IS SO ORDERED.

Dated: October 25, 2024

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge