ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ASHLEY B. GUGINO, ESQ.
Nevada Bar No. 15555
**EGLET ADAMS EGLET**
**HAM HENRIOD**
400 South 7th Street, Box 1, Ste. 400
Las Vegas, Nevada 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
E-Mail:  eservice@egletlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA TROIANO, Individually,<br><br>                    Plaintiff,<br><br>vs.<br><br>WALMART, INC. d/b/a WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00260-JCM-NJK<br><br><u>**STIPULATION AND ORDER TO**</u><br><u>**CONTINUE PRETRIAL DEADLINES**</u> |

Plaintiff, PAMELA TROIANO, and Defendants, WALMART, INC. d/b/a WALMART SUPERCENTER and WALMART STORES, INC., by and through their respective counsel of record, hereby submit the instant Stipulation and Order to Continue Pretrial Deadlines pursuant to LR IA 6-1, IA 6-2, and LR 26-3. Specifically, the Parties seek additional time to participate in continued private mediation and work toward early resolution of Plaintiff's claims in this case.

Good cause exists to continue pretrial deadlines. The Parties previously stipulated to continue the deadline for the Pre-Trial Order to allow for private mediation with the Honorable Jennifer Togliatti (Ret.) on October 16, 2024, which this Court approved. *See* ECF No. 43; ECF No. 44. Although the Parties did not reach a final resolution during the mediation, the Parties

agreed to continue their efforts to resolve this matter and are currently scheduled for continued private mediation with the Honorable Jennifer Togliatti (Ret.) on February 5, 2025. Additionally, trial counsel at EGLET ADAMS EGLET HAM HENRIOD has other trial conflicts from early February through mid-to-late April. Those cases are as follows:

> *Leon Surrell v. Kelly & Picerne Inc., et al.*
> Eighth Judicial District Court, Clark County, Nevada
> Case No. A-23-883804-B
> Department 13
> Honorable Judge Mark R. Denton
> Trial Date: February 11, 2025 (*preferential trial setting given Plaintiff's advanced age*)
>
> *Alma Morales v. Gustavo Lopez, Sr.*
> Eighth Judicial District Court, Clark County, Nevada
> Case No. A-19-794261-C
> Department 5
> Honorable Judge Veronica Barisich
> **Firm** Trial Date: March 24, 2025 through April 18, 2025

Accordingly, the Parties respectfully request that the Court continue the deadline for the Pre-Trial Order to May 5, 2025, which is 90 days after the continued private mediation date.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

1    This Stipulation and Order is not intended to delay proceedings and will not result in

2  prejudice to either party.

3    **IT IS SO STIPULATED.**

4  Dated this 25th day of October, 2024.     Dated this 25th day of October, 2024.

5  **EGLET ADAMS EGLET**
   **HAM HENRIOD**                           **HALL & EVANS, LLC**

6

7  _/s/ Ashley B. Gugino, Esq._             _/s/ Kurt R. Bonds, Esq._
                                            KURT R. BONDS, ESQ.
8  ROBERT T. EGLET, ESQ.                     Nevada Bar No. 6228
   Nevada Bar No. 3402                       TANYA M. FRASER, ESQ.
9  TRACY A. EGLET, ESQ.                      Nevada Bar No. 13872
   Nevada Bar No. 6419                       1160 North Town Center Drive, Suite 330
10 ASHLEY B. GUGINO, ESQ.                    Las Vegas, Nevada 89144
   Nevada Bar No. 15555                      (702) 998-1022
11 400 South 7th Street, 4th Floor           nvefile@hallevans.com
   Las Vegas, Nevada 89101                   _Attorneys for Defendant_
12 (702) 450-5400
   eservice@egletlaw.com
13
        - _and_ -
14
15 **WILLOUGHBY SHULMAN**
   **INJURY LAWYERS**
16
17 Eric J. Willoughby, Esq.
   Stephen M. Shulman, Esq.
18 3110 South Rainbow Boulevard, Suite 105
   Las Vegas, Nevada 89146
19 eric@wslawlv.com
20 _Attorneys for Plaintiff_

21 The stipulation is **GRANTED** to        **ORDER**
22 account for the continued mediation,
   but **DENIED** as to the identified trial  IT IS SO ORDERED:
23 schedule.  _See, e.g., Williams v. James_
   _River Grp. Inc._, 627 F. Supp. 3d 1172,
24 1179-80 (D. Nev. 2022).  Accordingly,
   the deadline to file the proposed joint   _____
25 pretrial order is **RESET** for March 7,  UNITED STATES MAGISTRATE JUDGE
26 2025.  In addition, a joint status report
   regarding mediation must be filed by      DATED: _October 28, 2024_
27 February 12, 2025.
28

                           3