**SAO**
DARRELL D. DENNIS
Nevada Bar No. 006618
Darrell.Dennis@lewisbrisbois.com
RACHEL L. SHELSTAD
Nevada Bar No. 13399
Rachel.Shelstad@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA TROIANO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART SUPERCENTER, a Delaware Foreign Corporation; WALMART STORES, INC., a Delaware Foreign Corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-260-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that the above-entitled action by Plaintiff PAMELA TROIANO against WALMART, INC. d/b/a WALMART SUPERCENTER, WALMART STORES, INC., shall be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

**IT FURTHER HEREBY STIPULATED** between the parties that any and all court hearings before the court may be vacated.

/ / /

/ / /

/ / /

/ / /

156611181.1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this  2nd  day of May, 2025. | Dated this  2nd  day of May, 2025. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | EGLET LAW |
| /s/ Rachel L. Shelstad | /s/ |
| DARRELL D. DENNIS<br>Nevada Bar No. 006618<br>RACHEL L. SHELSTAD<br>Nevada Bar No. 13399<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>Facsimile: 702.893.3789<br>*Attorneys for Defendants* | ROBERT T. EGLET, ESQ.<br>Nevada Bar No. 3402<br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 6419<br>JOSEPH J. TROIANO, ESQ.<br>Nevada Bar No. 12505<br>**EGLET LAW**<br>400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101<br>Tel: (702) 450-5400<br>Fax: (702) 450-5451<br>Email: eservice@egletlaw.com<br>Attorney for Plaintiff |

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action be, and the same are hereby, dismissed with prejudice, with each party to bear their own attorneys' fees.

**IT IS SO ORDERED** May 7, 2025.

_____
U.S. DISTRICT COURT JUDGE

1 | Respectfully submitted,
2 |
3 | LEWIS BRISBOIS BISGAARD & SMITH LLP
4 |
5 | /s/ Rachel L. Shelstad
   | DARRELL D. DENNIS
   | Nevada Bar No. 006618
6 | RACHEL L. SHELSTAD
   | Nevada Bar No. 13399
7 | LEWIS BRISBOIS BISGAARD & SMITH LLP
   | 6385 S. Rainbow Boulevard, Suite 600
8 | Las Vegas, Nevada 89118
   | Telephone: 702.893.3383
9 | Facsimile: 702.893.3789
   | *Attorneys for Defendants*